The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# SEATTLE DIVISION

| | |
|---|---|
| DONALD W. WILTON,<br><br>        Plaintiff,<br><br>    v.<br><br>MASTER SOLUTIONS, INC., A PENNSYLVANIA CORPORATION DBA MOV'N FLOOR; DAVID W. LUTZ, AN INDIVIDUAL; AND DAVID W. LUTZ AND JANE DOE LUTZ, IN THEIR MARITAL COMMUNITY<br><br>        Defendants. | Civil No. 2:12-CV-00066-RSL<br><br>**PARTIES' STIPULATION FOR MEDIATION UNDER CR 39.1(c)** |

The parties hereby stipulate as follows:

1. The Court has currently set a settlement conference deadline for September 22, 2013. The parties hereby request that the Court extend the settlement conference deadline to October 2, 2013.

2. The parties have arranged to conduct a half-day mediation on October 2, 2013, before Judge Lukens.

STIPULATION FOR MEDIATION – Page 1
Wilton v. Master Solutions, Inc., et al., Civil No. 2:12-CV-00066-RSL

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

3. The parties have agreed (a) that Defendants will be permitted to attend the mediation via telephone or Skype, and (b) that Mr. Lutz will be on call and meaningfully participate with the mediator throughout the mediation session.

IT IS SO STIPULATED:

| LASHER HOLZAPFEL SPERRY & EBBERSON, PLLC | TONKON TORP LLP |
|---|---|
| By */s/ Robin Williams Phillips*<br>Robin Williams Phillips, WSBA #17947<br>Attorneys for Plaintiff | By */s/ Christopher J. Pallanch*<br>Lynda J. Hartzell, WSBA No. 23740<br>Christopher J. Pallanch, *admitted pro hac vice*<br>Attorneys for Defendants |

IT IS SO ORDERED.

DATED this 19th day of September, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION FOR MEDIATION – Page 2
Wilton v. Master Solutions, Inc., et al., Civil No. 2:12-CV-00066-RSL

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440