**The Honorable Robert S. Lasnik**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD W. WILTON,<br><br>               Plaintiff,<br><br>   v.<br><br>MASTER SOLUTIONS, INC., a Pennsylvania Corporation d/b/a MOV'N FLOOR, DAVID W. LUTZ, an individual, and DAVID W. LUTZ and JANE DOE LUTZ, in their marital community,<br><br>               Defendants. | NO. 2:12-CV-00066-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**[Clerk's Action Required]**<br><br>**NOTE FOR MOTION:**<br>**Friday, December 6, 2013** |

## I. STIPULATION

The parties to this case, plaintiff DONALD W. WILTON, and defendants MASTER SOLUTIONS, INC., a Pennsylvania Corporation d/b/a MOV'N FLOOR, DAVID W. LUTZ, an individual, hereby stipulate and agree that this action be dismissed with prejudice and without fees to either side, and each party bearing its own costs and fees.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
{21615/T980347.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## II.  ORDER

Pursuant to the above stipulation, it is so ORDERED:  this case is hereby dismissed with prejudice and with each party bearing its own costs and fees.

Dated this 6th day of December, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
{21615/T980347.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563